# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES EVERETT SHELTON,

       Plaintiff,

v.                                      **Case No:   6:18-cv-1335-Orl-41KRS**

CSG SOLUTIONS CONSULTING LLC,
CSG SOLUTIONS SERVICES LLC,
VINCENT CAMPASANO, SR. , CARLOS
SINENCIO GUERRERO and CARLOS D.
GUERRERO,

       Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR PERMISSION TO USE ECF/EFILING** (Doc. No. 3) |
| **FILED:** | **August 24, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff James Everett Shelton, proceeding *pro se*, seeks to electronically file and receive court documents through the Court's CM/ECF system. (Doc. No. 3).  Pursuant to this Court's Administrative Procedures for Electronic Filing, a party proceeding *pro se* is required to file all

- 2 -

pleadings and other documents in paper format, absent authorization from the Court to file electronically.[1]

The Court's Administrative Procedures for Electronic Filing permit attorneys who are members of the bar of this Court to file documents electronically because they are trained in the procedures of the Court, and they are expected to title documents properly and comply with the formatting and size restrictions for electronic filing without extensive judicial supervision. *Pro se* litigants generally do not have such training. Documents filed *pro se* are, in my experience, often are not correctly titled and frequently exceed the page limitations imposed by the Local Rules of this Court. A *pro se* litigant is afforded completely sufficient access to the Court through paper filing.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases can be found on the Court's website, at www.flmd.uscourts.gov, by selecting "E-Filing (CM/ECF )" and then "Administrative Procedures for Electronic Filing (PDF)".