FILED
2018 SEP 12 PM 2:25
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:18-CV-1335-ORL-41KRS

Plaintiff:
**James Everett Shelton**

vs.

Defendant:
**CSG Solutions Consulting LLC, et al**

For:
James Shelton
316 Covered Bridge Road
Kings Of Prussia, PA 19406

Received by Link Processors, LLC on the 20th day of August, 2018 at 8:12 pm to be served on **Carlos D Guerrero A/K/A Carlos Guerrro, 6132 Quail Ridge Dr., Lakeland, FL 33813.**

I, Brenda Link, do hereby affirm that on the **23rd day of August, 2018** at **6:25 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me, to: **Carlos D Guerrero A/K/A Carlos Guerrro** at the address of: **6132 Quail Ridge Dr., Lakeland, FL 33813**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/23/2018 6:25 pm  Dogs Inside - after a few minutes of Knocking Carlos came out and accepted the paperwork
8/21/2018  11:45 am  Attempted Provided Address- An AC Repair company was there working on the house. Talked to one of the repair men and he yelled into the house for Carlos and some guy from the back of the house said Carlos not here

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Foreign, Height: 6+, Weight: 180, Hair: Black, Glasses: N

## RETURN OF SERVICE For 6:18-CV-1335-ORL-41KRS

I certify that I am over the age of 18, am in good standing and have no interest in the above action.
Under penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

*Brenda Link* (signature)
**Brenda Link**
Process Server CA - 822

**Link Processors, LLC**
**1221 Long Street**
**Lakeland, FL 38801**
**(863) 937-4686**

Our Job Serial Number: LPL-2018000534

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g

# Link Processors, LLC

**Priority: STANDARD**                                      **Field Sheet #2018000534**

Received: 8/20/2018 at 8:12 pm
Court Date:      Filed:

**SERVE:**
**Work:** Carlos D Guerrero A/K/A Carlos Guerrro, 6132 Quail Ridge Dr., Lakeland, FL 33813

**SPECIAL INSTRUCTIONS:**

| Attempts | | Server: Brenda Link |
|---|---|---|
| Date | Time | Comments |
| 1. 8/21 | 11:45am | Door open. AC workers stated No |
| 2. / | | Carlos at home. He lives there but not |
| 3. / | | home. |
| 4. 8/23 | 6:25pm | Dogs Inside |
| 5. / | | |
| 6. / | | |
| 7. / | | |
| 8. / | | |

**Actual Service Info**
8-23-18 6:25pm   Type: Personal
Served on: Carlos D Guerrero   As: Individual
Address:
Comments:

Married?
Military?
Miles
Hours
Additional Addr: 1 2 3
Courier
Out of Pocket Costs

Age 30's  Sex (M) F  Race Foreign  Height 6+  Weight 180  Hair Blk  Glasses Y (N)

Case Number: 6:18-CV-1335-ORL-41KRS   Orange   District
Plaintiff                                    Defendant
James Everett Shelton                        CSG Solutions Consulting LLC, et

Type of Writ: **Summons, Civil Cover Sheet, Complaint**

Client:
Firm:   James Shelton
Phone:  (484) 626-3942   Fax:
Client Reference Number:

By signing this document you are stating you are the person named in the serve or that you have authorization to accept service on behalf of the person named or company named

Signature _Carlos Guerrero_ (signed)
Print Carlos Guerrero

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JAMES EVERETT SHELTON <br><br> *Plaintiff(s)* <br> v. <br> CARLOS D. GUERRERO a/k/a <br> CARLOS GUERRERO, et. al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:18-CV-1335-Orl-41 KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLOS D. GUERRERO a/k/a CARLOS GUERRRO
6132 Quail Ridge Dr,
Lakeland, FL 33813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES EVERETT SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 16, 2018

_____
*Signature of Clerk or Deputy Clerk*