FILED

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

2018 SEP 12 PM 2:26

MIDDLE DISTRICT COURT
ORLANDO, FLORIDA

Case Number: 6:18-CV-1335-ORL-41KRS

Plaintiff:
**James Everett Shelton**

vs.

Defendant:
**CSG Solutions Consulting LLC, et al**

For:
James Shelton
316 Covered Bridge Road
Kings Of Prussia, PA 19406

Received by Link Processors, LLC on the 20th day of August, 2018 at 8:12 pm to be served on **Carlos Sinecio Guerrero A/K/A Carlos Guerrro, 6132 Quail Ridge Dr., Lakeland, FL 33813**.

I, Brenda Link, do hereby affirm that on the **23rd day of August, 2018 at 6:25 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me, to: **Carlos Guerrro as Co-Resident** at the address of: **6132 Quail Ridge Dr., Lakeland, FL 33813**, the within named person's usual place of **Work**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/23/2018 6:25 pm  Dogs Inside - after a few minutes of Knocking Carlos came out and accepted the paperwork
8/21/2018 11:45 am  Attempted Provided Address- An AC Repair company was there working on the house. Talked to one of the repair men and he yelled into the house for Carlos and some guy from the back of the house said Carlos not here

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: Foreign, Height: 6+, Weight: 180, Hair: Black, Glasses: N

## RETURN OF SERVICE For 6:18-CV-1335-ORL-41KRS

I certify that I am over the age of 18, am in good standing and have no interest in the above action.
Under penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

*Brenda Link*
**Brenda Link**
Process Server CA - 822

**Link Processors, LLC**
**1221 Long Street**
**Lakeland, FL 38801**
**(863) 937-4686**

Our Job Serial Number: LPL-2018000533

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g

## Link Processors, LLC

**Priority: STANDARD**                                **Field Sheet #2018000533**

Received: 8/20/2018 at 8:12 pm
Court Date:        Filed:



**SERVE:**
**Work:** Carlos Sinecio Guerrero A/Ka Carlos Guerrro, 6132 Quail Ridge Dr., Lakeland, FL 33813

**SPECIAL INSTRUCTIONS:**

| Attempts | | Server: Brenda Link |
|---|---|---|
| Date | Time | Comments |
| 1. / | | |
| 2. / | | |
| 3. / | | |
| 4. / | | |
| 5. / | | |
| 6. / | | |
| 7. / | | |
| 8. / | | |

**Actual Service Info**
8-23-18  6:25 pm   Type: Sub              Married? _____   Miles _____
Served on: Carlos Guerrero   As: Co Resident   Military? _____   Hours _____
Address: _____                                                     Additional Addr: 1 2 3
Comments: _____                                                    Courier _____
                                                                   Out of Pocket Costs

Age 30ʼs   Sex (M) F   Race Foreign   Height 6+   Weight 180   Hair BlK   Glasses Y (N)

Case Number: 6:18-CV-1335-ORL-41KRS   Orange  District
Plaintiff                              Defendant
James Everett Shelton                  CSG Solutions Consulting LLC, et

**Type of Writ: Summons, Civil Cover Sheet, Complaint**

Client:
Firm:   James Shelton
Phone:  (484) 626-3942    Fax:
Client Reference Number:

By signing this document you are stating you are the person named in the serve or that you have authorization to accept service on behalf of the person named or company named

Signature _Celia An_

Print _Carlos Guerrero_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JAMES EVERETT SHELTON <br><br> *Plaintiff(s)* <br> v. <br> CARLOS SINENCIO GUERRERO a/k/a CARLOS GUERRRO, et. al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:18-cv-1335-Orl-41KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLOS SINENCIO GUERRERO a/k/a CARLOS GUERRRO
6132 Quail Ridge Dr,
Lakeland, FL 33813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES EVERETT SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 16, 2018

_____
*Signature of Clerk or Deputy Clerk*