FILED

## AFFIDAVIT OF SERVICE 2018 SEP 12 PM 2: 26

UNITED STATES DISTRICT COURT
Middle District of Florida
ORLANDO, FLORIDA

Case Number: 6:18-CV-1335-ORL-41KRS

Plaintiff:
**JAMES EVERETT SHELTON**

vs.

Defendant:
**CSG Solutions Services LLC, et al.**

BMP2018006785

For:
James Everett Shelton

Received by Link Processors LLC on the 22nd day of August, 2018 at 4:29 pm to be served on **CSG Solutions Services, LLC, 173 S. Kirkman Road, Apt 2077, Orlando, FL 32811.**

I, Jonathan W. Moore, being duly sworn, depose and say that on the **25th day of August, 2018** at **12:07 pm, I:**

Served **CSG Solutions Services, LLC** by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me, to: **Joseph Campasano, as Brother of Vicent Campasano, R.A.** at the within named **Registered Agent's** usual place of abode at the address of: **115 Rose Ave, Minneola, FL 34715**, to a person residing therein who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with Florida State Statutes.

**Additional Information pertaining to this Service:**
**173 S. Kirkman Road, Apt 2077, Orlando, FL 32811**
The correct address for service was known and attempted instead.

**115 Rose Ave, Minneola, FL 34715**
8/25/2018 12:07 pm - Service was effected at this address.

**Description** of Person Served: Age: 30s, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 6:18-CV-1335-ORL-41KRS

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server or Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STATE OF FLORIDA
COUNTY OF ORANGE

Subscribed and Sworn to before me on the 29th day of August, 2018 by the affiant who is personally known to me.

_Tamika Middleton_
NOTARY PUBLIC

TAMIKA MIDDLETON
Commission # GG 109592
Expires June 13, 2021
Bonded Thru Budget Notary Services

_Jonathan W Moore_
Jonathan W. Moore
CPS #09-9-28-29

Link Processors LLC
1221 Long Street
Lakeland, FL 33801
(863) 937-4686

Our Job Serial Number: BMP-2018006785
Ref: 2018000535B

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

FILED

2018 SEP 12 PM 2:26

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:18-CV-1335-ORL-41KRS

Plaintiff:
**JAMES EVERETT SHELTON**

vs.

Defendant:
**VINCENT CAMPASANO, SR., et. al**

BMP2018006786

For:
James Everett Shelton

Received by Link Processors LLC on the 22nd day of August, 2018 at 4:50 pm to be served on **Vincent Campasano, Sr., 173 S. Kirkman Road, Apt 2077, Orlando, FL 32811.**

I, Jonathan W. Moore, being duly sworn, depose and say that on the **25th day of August, 2018 at 12:07 pm**, I:

**SUBSTITUTE - RESIDENTIAL:** Served by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint** with the date and hour of service endorsed thereon by me, to: **Joseph Campasano as Brother**, at the address of **115 Rose Ave, Minneola, FL 34715** of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
173 S. Kirkman Road, Apt 2077, Orlando, FL 32811
The correct address for service was known and attempted instead.

115 Rose Ave, Minneola, FL 34715
8/25/2018 12:07 pm - Service was effected at this address.

Description of Person Served: Age: 30s, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Brown, Glasses: N

## AFFIDAVIT OF SERVICE For 6:18-CV-1335-ORL-41KRS

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server or Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STATE OF FLORIDA
COUNTY OF ORANGE

Subscribed and Sworn to before me on the 5th day of September, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TAMIKA MIDDLETON
Commission # GG 109592
Expires June 13, 2021
Bonded Thru Budget Notary Services

_____
Jonathan W. Moore
CPS #09-9-28-29

Link Processors LLC
1221 Long Street
Lakeland, FL 33801
(863) 937-4686

Our Job Serial Number: BMP-2018006786
Ref: 2018000536B

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g