# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES EVERETT SHELTON,**

    **Plaintiff,**

**v.**                                           **Case No:   6:18-cv-1335-Orl-41KRS**

**CSG SOLUTIONS CONSULTING LLC,**
**CSG SOLUTIONS SERVICES LLC,**
**VINCENT CAMPASANO, SR. , CARLOS**
**SINENCIO GUERRERO and CARLOS D.**
**GUERRERO,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR DEFAULT JUDGMENT PER RULE 55(b)(2) (Doc. No. 17)**
>
> **FILED:**      **September 24, 2018**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The Clerk has not entered a default pursuant to Federal Rule of Civil Procedure 55(a). Accordingly, Plaintiff's request for a default judgment under Rule 55(b) is premature. *See, e.g.*, *Awgi, LLC v. Team Smart Move, LLC*, No. 6:12-cv-948-ORL-22DAB, 2012 WL 12904224, at *2 (M.D. Fla. Sept. 28, 2012), *report and recommendation adopted*, 2012 WL 12904225 (M.D. Fla. Oct. 4, 2012) (citation omitted) ("[T]he clerk's entry of default must precede an application to the district court for entry of default judgment.").

- 2 -

Plaintiff is advised that, if he obtains a clerk's default, any future motion for default judgment must be supported by a memorandum of law that sets forth the elements of his claims, with citation to legal authority, and demonstrates how the well-pleaded allegations of the complaint establish those elements.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE