FILED

**James Everett Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
**(484) 626-3942**
**jeshelton595@gmail.com**
**Plaintiff**

2018 NOV -5  PM 2: 58

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br><br>**Plaintiff**<br><br>v.<br><br>**CSG SOLUTIONS CONSULTING LLC**<br>**Defendants** | No. 6:18-cv-01335-CEM-KRS |

### RENEWED MOTION FOR ENTRY OF DEFAULT AGAINST CSG SOLUTIONS CONSULTING LLC

Comes now JAMES EVERETT SHELTON, the Plaintiff Pro Se in this action, and hereby requests the clerk to enter a default against CSG SOLUTIONS CONSULTING LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: October 29, 2018

*/s/ James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com
Plaintiff, *Pro se*