FILED

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

2019 MAR -1  PM 1:42

COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**Plaintiff, Pro Se**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **JAMES EVERETT SHELTON**        ) | |
| **Plaintiff,**                   ) | Civil Action |
|                                  ) | |
| v.                               ) | No. 6:18-cv-1335-Orl-41KRS |
| **CSG SOLUTIONS CONSULTING LLC, et. al** ) | |
| **Defendants**                   ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PER F.R.C.P. 41(a)(1)(A)(i)

Plaintiff JAMES EVERETT SHELTON hereby dismisses defendants CSG SOLUTIONS SERVICES LLC, VINCENT CAMPASANO, SR., and CARLOS D. GUERRERO from this action, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). I hereby certify that no answer or responsive pleading has been filed by any of these defendants. This dismissal applies to only CSG Solutions Services LLC, Vincent Campasano, Sr. and Carlos D. Guerrero.

Dated: February 28, 2019

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON ) | |
|     Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 6:18-cv-1335-Orl-41KRS |
| CSG SOLUTIONS CONSULTING LLC, et. al ) | |
|     Defendants ) | |

## CERTIFICATE OF SERVICE:

    I, Plaintiff JAMES EVERETT SHELTON, do hereby certify that on February 28, 2019, I served true and correct copies of the foregoing Notice of Voluntary Dismissal without Prejudice per F.R.C.P. 41(a)(1)(A)(i) to the following parties via U.S. First Class Mail:

VINCENT CAMPASANO, SR.
115 Rose Ave,
Minneola, FL 34715

CSG SOLUTIONS SERVICES LLC
115 Rose Ave,
Minneola, FL 34715

CARLOS D. GUERRERO
6132 Quail Ridge Dr
Lakeland, FL 33813

CARLOS SINENCIO GUERRERO
6132 Quail Ridge Dr
Lakeland, FL 33813

CSG SOLUTIONS CONSULTING LLC
6132 Quail Ridge Dr
Lakeland, FL 33813

Dated: February 28, 2019

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se