UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES EVERETT SHELTON,**

      **Plaintiff,**

v.                                                   **Case No:  6:18-cv-1335-Orl-41LRH**

**CSG SOLUTIONS CONSULTING LLC
and CARLOS SINENCIO GUERRERO,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 32), wherein Plaintiff dismisses CSG Solutions Services, LLC, Vincent Campasano, Sr., and Carlos D. Guerrero from this case. Thereafter, Plaintiff filed an Amended Complaint (Doc. 33), alleging claims against the two remaining Defendants. Because it has been more than twenty-one days since Plaintiff filed the initial Complaint and no responsive pleading has been filed, Plaintiff must seek leave of Court to amend. *See* Fed. R. Civ. P. 15(a). Nevertheless, because the Amended Complaint appears to only omit the claims against the previously dismissed parties, the Court will accept it as properly filed. In the future, however, Plaintiff will be expected to comply with the Federal Rule of Civil Procedure and the Middle District of Florida's Local Rules, available at https://www.flmd.uscourts.gov/local-rules/filing-a-case. Plaintiff is also encouraged to consult the "Litigants Without Lawyers" guidelines on the Court's website, available at https://www.flmd.uscourts.gov/litigants-without-lawyers.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party