2019 MAR 14 PM 2:07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON <br><br> Plaintiff <br> v. <br><br> CSG SOLUTIONS CONSULTING LLC, & <br> CARLOS SINENCIO GUERRERO <br> Defendants | No. 6:18-cv-1335-Orl-41LRH |

## AFFIDAVIT OF SERVICE:

I, James Everett. Shelton, Plaintiff, Pro Se, do hereby certify that on March 8, 2019, I served Defendant CSG SOLUTIONS CONSULTING LLC, c/o Carlos Guerrero, with a true and correct filed copy of Plaintiff's Amended Complaint (ECF No. 33), via U.S. Priority Mail with tracking number 9505 5161 4181 9065 1316 36. According to the United States Postal Service, delivery was completed on March 8, 2019 at 2:57 PM. A postal Certificate of Mailing and confirmation of delivery are attached.

This document was served to the following party at the following address:

CSG SOLUTIONS CONSULTING LLC
c/o Carlos Guerrero
6132 Quail Ridge Dr,
Lakeland, FL 33813

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 11TH DAY OF MARCH, 2019

*James E. Shelton*

JAMES EVERETT SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
Jeshelton595@gmail.com
(484) 626-3942

**UNITED STATES POSTAL SERVICE® — Certificate Of Mail**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail

From: James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

To: CSG Solutions Consulting LLC
c/o Carlos Guerrero
6132 Quail Ridge Dr
Lakeland, FL 33813

PS Form 3817, April 2007  PSN 7530-02-000-9065

1006

U.S. POSTAGE PAID
PM 3-Day
CLEVELAND, OH
44106
MAR 08, 19
AMOUNT
$1.45
R2305M143328-14

---

**UNITED STATES POSTAL SERVICE® — Certificate Of Mail**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail

From: James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

To: Carlos Sinencio Guerrero
6132 Quail Ridge Dr
Lakeland, FL 33813

PS Form 3817, April 2007  PSN 7530-02-000-9065

1006

U.S. POSTAGE PAID
PM 3-Day
CLEVELAND, OH
44106
MAR 08, 19
AMOUNT
$1.45
R2305M143328-14

```
                 UNIVERSITY CENTER
                  1950 E 101ST ST
                    CLEVELAND
                        OH
                     44106-9998
                     3816930061
      03/06/2019    (800)275-8777   5:03 PM

      Product              Sale         Final
      Description          Qty          Price

      PM 2-Day              1           $7.35
      Flat Rate Env
          (Domestic)
          (NASHVILLE, TN  37203)
          (Flat Rate)
          (Expected Delivery Date)
          (Friday 03/08/2019)
          (USPS Tracking #)
          (9505 5161 4181 9065 1316 29)
       Insurance            1           $0.00
          (Up to $50.00 included)
      PM 3-Day              1           $7.35
      Flat Rate Env
          (Domestic)
          (LAKELAND, FL  33813)
          (Flat Rate)
          (Expected Delivery Date)
          (Saturday 03/09/2019)
          (USPS Tracking #)
          (9505 5161 4181 9065 1316 36)
       Cert of Mail         1           $1.45
          (Affixed Amount:$0.00)
      PM 3-Day              1           $7.35
      Flat Rate Env
          (Domestic)
          (LAKELAND, FL  33813)
          (Flat Rate)
          (Expected Delivery Date)
          (Saturday 03/09/2019)
          (USPS Tracking #)
          (9505 5161 4181 9065 1316 43)
       Cert of Mail         1           $1.45
          (Affixed Amount:$0.00)

      Total                            $24.95

      Credit Card Remitd               $24.95
          (Card Name:MasterCard)
          (Account #:XXXXXXXXXXXX6172)
          (Approval #:09458C)
          (Transaction #:786)
          (AID:A0000000041010      Chip)
          (AL:MASTERCARD)
          (PIN:Not Required)

      Includes up to $50 insurance

      Text your tracking number to 28777
      (2USPS) to get the latest status.
      Standard Message and Data rates may
      apply. You may also visit www.usps.com
      USPS Tracking or call 1-800-222-1811.


      Save this receipt as evidence of
      insurance. For information on filing
      an insurance claim go to
      https://www.usps.com/help/claims.htm

               Preview your Mail
              Track your Packages
               Sign up for FREE @
             www.informeddelivery.com
```

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 9505516141819065131636

Remove X

**Expected Delivery on**

**FRIDAY**

**8** MARCH 2019 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

March 8, 2019 at 2:57 pm
Delivered, In/At Mailbox
LAKELAND, FL 33813

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

March 8, 2019, 2:57 pm
Delivered, In/At Mailbox
LAKELAND, FL 33813
Your item was delivered in or at the mailbox at 2:57 pm on March 8, 2019 in LAKELAND, FL 33813.

March 8, 2019, 8:34 am
Out for Delivery
LAKELAND, FL 33813

March 8, 2019, 8:24 am
Sorting Complete
LAKELAND, FL 33813

March 8, 2019, 7:47 am
Arrived at Post Office
LAKELAND, FL 33813

March 8, 2019, 5:23 am
Departed USPS Facility
LAKELAND, FL 33805

March 8, 2019, 3:58 am
Arrived at USPS Facility
LAKELAND, FL 33805

March 8, 2019, 3:16 am
Departed USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

March 8, 2019, 1:45 am
Arrived at USPS Regional Destination Facility
YBOR CITY FL DISTRIBUTION CENTER

March 7, 2019
In Transit to Next Facility

March 6, 2019, 9:57 pm
Arrived at USPS Regional Origin Facility
AKRON OH DISTRIBUTION CENTER

March 6, 2019, 5:00 pm
USPS in possession of item
CLEVELAND, OH 44106

Feedback

**Product Information**

**Postal Product:**  
Priority Mail®

**Features:**  
Certificate of Mailing  
USPS Tracking®  
Up to $50 insurance included. Restrictions Apply ⓘ

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

### The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.