UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES EVERETT SHELTON,**

    **Plaintiff,**

v.                                           Case No: 6:18-cv-1335-Orl-41LRH

**CSG SOLUTIONS CONSULTING LLC
and CARLOS SINENCIO GUERRERO,**

    **Defendants.**

                                            /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 40) and the Notice of Receivership and Stay of this Action Against Carlos Sinencio Guerrero (Doc. 42). Magistrate Judge Leslie R. Hoffman submitted a Report and Recommendation (Doc. 43), recommending that the Court deny the Motion for Default Judgment and grant the Notice of Receivership.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 40) is **DENIED**.

3. The Notice of Receivership and Stay of this Action Against Carlos Sinencio Guerrero (Doc. 42) is **GRANTED**.

4. The case is **STAYED** pending the resolution of the receivership case.

5. **On or before September 23, 2019**, and every sixty days thereafter, Plaintiff shall file a status report regarding the receivership case. Additionally, within ten days of the termination of the receivership case, Plaintiff shall notify the Court. Failure to comply may result in the imposition of sanctions, including dismissal, without further notice,

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party