FILED

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com
*Plaintiff, Pro Se*

2019 SEP 23 PM 2: 24

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES EVERETT SHELTON

Plaintiff

v.

CSG SOLUTIONS CONSULTING LLC, &
CARLOS SINENCIO GUERRERO

Defendants

No. 6:18-cv-1335-Orl-41LRH

## STATUS REPORT:

Plaintiff James Everett Shelton hereby provides notice to the Court that the Receivership Case, *Federal Trade Commission v. First Choice Horizon LLC, et. al*, No. 19-cv-1028-Orl-40LRH remains ongoing. The Preliminary Injunction ordered by U.S. District Court Judge Paul G. Byron remains in effect, and thus, this case remains stayed. Plaintiff will provide another status report within sixty (60) days per this Court's order.

Respectfully Submitted,

Dated: 9/18/2019

James E. Shelton

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com
*Plaintiff, Pro Se*