FILED

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com
*Plaintiff, Pro Se*

2020 MAY 26  PM 3: 17

.C DISTRICT OF FLORIDA
ORLANDO, FLORIDA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES EVERETT SHELTON

          Plaintiff

v.

CSG SOLUTIONS CONSULTING LLC, &
CARLOS SINENCIO GUERRERO

          Defendants

:
:
:
:
:
:
:
:

No. 6:18-cv-1335-Orl-41LRH

## STATUS REPORT:

Plaintiff James Everett Shelton hereby provides notice to the Court that the Receivership

Case, *Federal Trade Commission v. First Choice Horizon LLC, et. al*, No. 19-cv-1028-Orl-

40LRH remains ongoing. The Preliminary Injunction ordered by U.S. District Court Judge Paul

G. Byron remains in effect, and thus, this case remains stayed. Plaintiff will provide another

status report within sixty (60) days per this Court's order.

Respectfully Submitted,

James E. Shelton

Dated: 05/21/2020

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com
*Plaintiff, Pro Se*