James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

**Plaintiff, Pro Se**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br>**Plaintiff,** | |
| v.<br>**CSG SOLUTIONS CONSULTING LLC, &**<br>**CARLOS SINENCIO GUERRERO**<br>**Defendants,** | No. 6:18-cv-1335-Orl 41LRH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PER F.R.C.P. 41(a)(1)(A)(i)

Plaintiff JAMES EVERETT SHELTON hereby dismisses this entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: September 28, 2020

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se