UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES EVERETT SHELTON,**

      **Plaintiff,**

v.                                            **Case No:  6:18-cv-1335-Orl-41LRH**

**CSG SOLUTIONS CONSULTING LLC
and CARLOS SINENCIO GUERRERO,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without Prejudice (Doc. 51). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 6, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party